**Order entered October 28, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

**DAVID FLORES, Appellant**

**V.**

**BLANCA FLORES, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17367**

## ORDER

Before the Court is appellant's October 23, 2014 "Motion to Extend Time to File Appellate Brief and to File Court Reporter's Record." The reporter's record is past due. On September 15, 2014, the Court received a letter from Francheska Duffey, Official Court Reporter for the 330th Judicial District Court of Dallas County, Texas, informing us that appellant had not made any arrangements for payment of the reporter's record. Accordingly, we **GRANT** appellant's motion **to the extent** that we **ORDER** appellant to file, by **NOVEMBER 4, 2014**, (1) written verification that appellant has requested the reporter's record; and (2) written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found to be entitled to proceed without advance payment of costs. *If the Court does not receive the requested documentation by November 4, 2014, the*

*Court may order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

/s/    ELIZABETH LANG-MIERS
        JUSTICE